389 A.2d 176

Commonwealth v. Ninehouser, Appellant.

Submitted April 11, 1977. Alfred G. Bell, Assistant Public Defender, and Dante G. Bertani, Public Defender, for appellant; David B. Wasson, Assistant

District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.